IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THERESA KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 3:20-cv-342-JPG |
| v. | ) |
| | ) |
| ROBERT WILKIE, SECRETARY OF | ) |
| VETERANS AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This matter having come before the Court, the plaintiff having failed to prosecute, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  March 23, 2021**

                                          **MARGARET M. ROBERTIE, Clerk of Court**

                                          **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**